UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pablo Zazueta,

                Petitioner,

Case No. 25-CV-1664 (KMM/SGE)

v.

**ORDER**

B. Eischen; FPC Duluth; and FBOP,

                Respondents.

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Shannon G. Elkins, dated May 20, 2025. No objections have been filed to that R&R in the time period permitted.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise, and the R&R is accepted in full.

**IT IS HEREBY ORDERED** that**:**

1. The petition for a writ of habeas corpus (ECF 1) is **DENIED.**

2. This matter is **DISMISSED** without prejudice.

**Let judgment be entered accordingly**.

Date: **August 13, 2025**          *s/ Katherine M. Menendez*
                                    Katherine M. Menendez
                                    United States District Judge